# EXHIBIT A

Part 1/5: Which of the following Card or Bingo games have you played? *

☐ Governor of Poker (Playtika Santa Monica)

☐ Monopoly Poker - Texas Holdem (Playtika Santa Monica)

☐ Poker Heat: Texas Holdem Poker (Playtika Santa Monica)

☐ WSOP Poker - Texas Holdem Game (Playtika Santa Monica)

☐ Blackjack by Murka: 21 Classic (Murka Games)

☐ myVegas Blackjack (Playstudios US)

☐ Bingo Blitz - BINGO Games (Playtika Santa Monica)

☐ Bingo Heaven: Bingo Games Live (Super Lucky Casino)

☐ Bingo Showdown: Bingo Games (SciPlay / Phantom EFX)

☐ myVEGAS Bingo (Playstudios US)

☐ Bingo Showdown: Bingo Games (SciPlay / Phantom EFX)

☐ myVEGAS Bingo (Playstudios US)

☐ None of the above

Part 2/5: Which of the following "Vegas" slot games have you played? *

- [ ] ARK Casino - Vegas Slots Game (Murka Games)
- [ ] Cash Club Casino - Vegas Slots (SpinX Games)
- [ ] Club Vegas Slots - VIP Casino (BagelCode)
- [ ] Double Down Casino Vegas Slots (Double Down Interactive)
- [ ] Heart of Vegas - Casino Slots (Product Madness)
- [ ] Lotsa Slots - Vegas Casino (SpinX Games)
- [ ] MyVEGAS Slots (Playstudios US)
- [ ] Quick Hit Slots - Vegas Casino (SciPlay / Phantom EFX)
- [ ] Slots Games: Hot Vegas Casino (Super Lucky Casino)
- [ ] Vegas Downtown Slots & Words (Playtika Santa Monica)
- [ ] Vegas Rush Slot Machine Games ! (Super Lucky Casino)
- [ ] Willy Wonka Slots Vegas Casino (Zynga)
- [ ] Caesars Slots: Casino Games (Playtika Santa Monica)
- [ ] MGM Slots Live (Playstudios US)
- [ ] Wynn Slots (Wynn Social)
- [ ] Viva Slots Vegas Slot Machines (Viva Slots LLC)
- [ ] None of the above

Part 3/5: Which of the following "Jackpot" slot games have you played?
*

- [ ] Jackpot Crush - Casino Slots (SpinX Games)
- [ ] Jackpot Friends - Slots Casino (Zeroo Gravity Games)
- [ ] Jackpot Madness Slots Casino (BagelCode)
- [ ] Jackpot Magic Slots & Casino (BigFish Games)
- [ ] Jackpot Master Slots-Casino (Zeroo Gravity Games)
- [ ] Jackpot Party - Casino Slots (SciPlay / Phantom EFX)
- [ ] Jackpot Wins - Slots Casino (SpinX Games)
- [ ] Jackpot World - Casino Slots (SpinX Games)
- [ ] Slots Casino - Jackpot Mania (SpinX Games)
- [ ] None of the above

Part 4/5: Which of the following "Miscellaneous" slot games have you played? *

- [ ] 88 Fortunes Slots Casino Games (SciPlay / Phantom EFX)
- [ ] Big Fish Casino: Slots Games (BigFish Games)
- [ ] Black Diamond Casino Slots (Zynga)
- [ ] Blazing 7s Casino: Slots Games (SciPlay / Phantom EFX)
- [ ] Cash Billionaire - VIP Slots (BagelCode)
- [ ] Cash Frenzy Casino Slots Game (SpinX Games)
- [ ] Cash Rally - Slots Casino Game (SpinX Games)
- [ ] Cash Tornado Slots - Casino (Zeroo Gravity Games)
- [ ] Cashman Casino Slot Games (Product Madness)
- [ ] Casino Games - Infinity Slots (Murka Games)
- [ ] Classic Slots - Casino Games (Slots Limited)
- [ ] DoubleDown Classic Slots (Double Down Interactive)
- [ ] Fat Cat Casino (Slots Limited)
- [ ] Game of Thrones (Zynga)
- [ ] Gold Fish Slots (SciPlay / Phantom EFX)
- [ ] Golden Casino (Slots Limited)
- [ ] Hit it Rich! Casino Slots Games (Zynga)
- [ ] Hot Shot Casino Slots Games (SciPlay / Phantom EFX)
- [ ] House of Fun:Casino Slots (Playtika Santa Monica)

- ☐ Lightning Link Casino Slots (Product Madness)
- ☐ Mighty Fu Casino Slots Games (Product Madness)
- ☐ MONOPOLY Slots - Slot Machines (SciPlay / Phantom EFX)
- ☐ MyKONAMI Slots (Playstudios US)
- ☐ POP! Slots (Playstudios US)
- ☐ Scatter Slots - Slot Machines (Murka Games)
- ☐ Slotomania Slots Machine Game (Playtika Santa Monica)
- ☐ Slots DoubleDown Fort Knox (Double Down Interactive)
- ☐ Slots Era - Slot Machine 777 (Murka Games)
- ☐ Slots Journey Cruise & Casino (Murka Games)
- ☐ Slots on Tour - Wild HD Casino (Murka Games)
- ☐ VIP Deluxe Slot Machine Games (Super Lucky Casino)
- ☐ Wizard of Oz Slots Games (Zynga)
- ☐ None of the above

Part 5/5: Which of the following "sweepstakes" social casinos have you played? *

- ☐ Luckyland Slots (VGW Luckyland)
- ☐ Chumba Casino (VGW Malta)
- ☐ Global Poker (VGW Malta)
- ☐ Funrize (A1 Development LLC)
- ☐ NoLimitCoins (A1 Development LLC)
- ☐ TaoFortune (A1 Development LLC)
- ☐ FortuneWheelz (A1 Development LLC)
- ☐ Zula Casino (SCPS LLC)
- ☐ Sportzino (SSPS LLC)
- ☐ Chanced (Gold Coin Group LLC)
- ☐ Pulsz (Yellow Social Interactive Ltd)
- ☐ McLuck (B2Services OU)
- ☐ Wow Vegas (MW Services Ltd)
- ☐ High5Games (High 5 Games LLC)
- ☐ None of the above