# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

SCPS LLC and SSPS LLC

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

BEN TRAVIS LAW, KIND LAW, RAYMOND ABILA, PHILLIP ACHEE, IAN ADAMS, TINA AGUILAR, BRANDON ALEXANDER (See Additional Defendants Attached)

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Paul D. Murphy (159556) / Daniel N. Csillag (266773) / Anujan Jeevaprakash (329397)
Murphy Rosen LLP, 100 Wilshire Boulevard, Suite 1300, Santa Monica, CA 90401
(310) 899-3300

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Complaint for Declaratory and Injunctive Relief.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | **SOCIAL SECURITY** |
| ☐ 460 Deportation | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 480 Consumer Credit | ☐ 160 Stockholders' Suits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 190 Other Contract | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 196 Franchise | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | **REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 210 Land Condemnation | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☒ 896 Arbitration | | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *Western Division* |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**: Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?  ☒ NO  ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

**XI. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/ Paul D. Murphy_  Paul D. Murphy   DATE: April 12, 2025

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*SCPS, LLC and SSPS, LLC vs. BEN TRAVIS LAW*

**ATTACHMENT TO CIVIL CASE COVER SHEET**

| | |
|---|---|
| ALI ALFARO | VANESSA BERNAL |
| ADAM ALLEN | AMY BERRIGAN |
| BRANDON ALLEN | JONATHAN BETANCOURT |
| CIERRA ALLMAN | WILLIAM BIANCO |
| SARA ALVARADO | GARY BINGHAM |
| SAMUEL DAVID ALVAREZ JR. | WILLIAM BLAKE |
| JENNIFER ANDERSON | MONICA BLANCO |
| RYAN ANDERSON | DAVIESHA BOOTEN |
| MICHELLE ANDREWS | LADDA BOUNLEUT |
| MARLA ANTHONY | EVAN BOYCE |
| ERIC ARBOGAST | BAMBI BOYER |
| HAYLEY ARBUCKLE | BRYAN BOYER |
| FRANK AYALA | MELISSA BRAUCHLER |
| ANTHONY AYON | KEVIN BRAY |
| MERWIN BACHILLER | MELISSA BRICKER |
| DAVID BAILEY | WILLIAM BRINK |
| JENNIFER BAKER | AMANDA BROWN |
| KRISTY BAKER | NICHOLAS BROWN |
| NIKOLAI BALCERZAK | PAGE BROWN |
| MICHAEL BALDONADO | SHANTEL BROWN |
| ASHLEY BALDWIN | MELLANIE BRUNKHORST |
| AMANDA BANKS | CRYSTAL BUGARIN |
| JOSHUA BARDWELL | KIM BUI |
| KEITH BARTELL | ROSEMARIE BURROUGHS |
| HARRY BASS | ANDREA BURTON |
| AMANDA BASSHAM | ALEXANDER BURWELL |
| NAHSIA BATTS | JAMES BYNUM |
| BRANDON BELLANI | JESSICA CADIGAN |
| JUAN BENAVENTE | ALBERT CALVILLO |
| MONICA BENDER | TIMOTHY CANARIO |
| JEROMY BENZIE | JOSEPH CANNON |
| BROOKE BERMUDEZ | RUNISHA CANSON |
| RONNIE CARLSON | DENNIS CAPLENER |
| MATTHEW CARPENTER | NICOLE CURL |

| | |
|---|---|
| DANIEL CARREON | SPENSER CURRAN |
| CHERIE CARROLL | JESSE CUSTER |
| TAYLOR CARTER | JASON D'AMATO |
| RAMONA CARVALHO | MARIO DANOVA |
| ESPERANZA CASILLAS | DANITZA JHASMIN DAVILA |
| CARLA CASSARINO | TIFFANY DAVIS |
| DAMIAN CASTANON | TORIA DAVIS |
| CARLOS CASTILLO | SHERRIE DAWSON |
| CORY CASTILLO | DARLS DAY |
| SHAMGAR CASTRO | RANDALL DAY |
| ALEX CHANDLER | BREEZY DAYLEE |
| KERN CHARLES | MICHAEL DEBINION |
| ROSALIE SAKKARA CHARLES | BRYCE DEBRUNNER |
| ALEXANDER CHARLTON | KEVIN DELANEY |
| SELIN CHARMOHALI | TYLER DELUGACH |
| THOMAS CHARTER | CHRIS DEVERSO |
| NICOLE CHAUDHARY | FRANCISCO DIAZ |
| VIRGINIA CHAVEZ | CHRISTINE DIETZ |
| JACOB CIRT | CLAYTON DOANE |
| JASON CLARK | AMBER DOMENECH |
| BRIAN CLARKE | ANGELIQUE DONNAY |
| JESSICA CLEGG | LUCUS DRISCOLL |
| CRYSTAL COBLE | JOSHUA SHAWN DUDLEY |
| JOEL COCHRAN | JODY DUKE |
| CORIE COGGINS | NICOLE EDWARDS |
| LATASHA COLE | AMANDA ELAM |
| DONALD COLLI | HUDA ELHERTANI |
| RENEA CONATSER | DAVID ELKINS |
| LAQUANNA COPES | HEIDI ELLIS |
| KRISTIE SOUTHARD CORLEW | JAMES ELLIS |
| GLADYS CORNEJO | ALEXANDER ELY |
| ANDREA CORONA | VICTORIA ENGLISH |
| ADRIANNO CORSO | CARLOS ENRIQUEZ |
| KAYCE COYLE | ALFREDO ESPINOZA |
| JUSTINE CRAWFORD | JORGE ESTRELLA |
| LINDSEY CREIMAN | COURTNEY EVANS |
| NICHOLI CROGHAN | MARK EWER |
| KRISTOPHER CROMWELL | CHEYENNE EZELL |
| JAMIE CROWE | RICHARD FAIRCLOUGH |
| AARON CRUZ | NADINE FARKASH |
| JOSEPH CUNNINGHAM | SHEILAH CRISTINA FELICIANO RIVERA |
| ANNETTE FELIX | |
| REBECCA FIGUEREDO | LUIS GUZMAN |

| | |
|---|---|
| JAMES FILLMORE | ALEXANDRA HANNAH |
| FREDY FINO | JOLENE HANSON |
| CHERI FLORES | LAKESHIA HARDY |
| JOSE FLORES | ANDREW HARLESS |
| KATHYRINA FOSTER | MARY HARRIS |
| LORA FOURNIER | RODNEY HARRIS |
| MINDY FRANCIS | JOEVON HARRISON |
| RACHEL FRANCO | IRA HATCHETT |
| AZIZA FRANKLIN | JENNA HAYES |
| TOM FROST | LATOYA HECKARD |
| RACHEL GALARSA | ANDRE HEDGES |
| JOSHUA GALLION | MAREEMA HEIN |
| KAYSON GALLOWAY | BRIAN HENDERSON |
| CHRISTINA GARCIA | GARRETT HENDERSON |
| STACEY GARCIA | ADAM HERNANDEZ |
| YAIRA JUDITH NAVA GARCIA | ALEJANDRO HERNANDEZ |
| HEATHER GARDNER | MARIO HERNANDEZ |
| CRISSY GARRISON | RUSSEL HERRERA |
| KEVIN GENT | JACOB HETZLER |
| JUSTIN GERDING | TAMIEKA HICKS |
| TERRY GLODREY | JANET HIRAGA |
| JOEL GOLDEN | CHERISE HOPWOOD |
| VINCENT GOLDEN | SHARIMA HUDGINS |
| ADRIANNA GOMEZ | MAXWELL HUERTA |
| ADAM GONZALEZ | MAURNICE HUFF |
| CHRISTOPHER GONZALEZ | JOSEPH HUFFMAN |
| LIZET GONZALEZ | RYAN HUGHES |
| MERCEDES GONZALEZ | BRANDON HULL |
| SONDRA GOODSON | JONATHAN ILLARE |
| AMBER GOODWIN | ASHLEY IMMEL |
| JASON GOWDERDAY | ROBERT INFANTINO |
| LISA GRANBOIS | HECTOR INGLES |
| JEREMY GRANT | RONALD IRWIN |
| MICHAEL GRAVITT | CHRISTOPHER JAHNKE |
| AMBER GREEN | LESLIE JAMES |
| BRENDA GRIFFIN | DANIEL JAMISON |
| ALEXANDER GRIFFITH | FRANKIE JENKINS |
| ROBERT GRIMES | CASSANDRA JENSEN |
| SAMANTHA GUERY | EMILY JOHNSON |
| ELEAKA GUTIERREZ | STEPHEN JOHNSTON |
| YOLANDA GUYTON | DONNIE JONES |
| SERGIO JUAREZ-AGUILAR | MARK JORDAN |
| MOANA KAHANA | SHARON MCAULIFFE |

| | |
|---|---|
| KATRINA KALINICH | BRADLEY MCCLELLAN |
| MICHAEL KARAPETIAN | CAMERON MCCLELLAND |
| TYLER KEEFER | MIRANDA MCCONKEY |
| APRIL KELLY | RANDI MCCOWN |
| THOMAS KELLY | ROBERT MCCRICKARD |
| PREUCH KHOEUM | KELLY MCCULLAR |
| DAVID KIRKLAND | ROSE MCCULLY |
| CASSANDRA KOEN | CRAIG MCDANIEL |
| MARK KOS | RICHARD MCDONALD |
| YONG KUM | ALAN MCGUANE |
| SHANNAN LAING | EVERETT MCINTYRE |
| MICHAEL LARA | STEVEN MCINTYRE |
| SAMUEL LEATHERS | BRANDY MCKINSEY |
| BETTY LEE | BRANDON MCWILLIAMS |
| MATTHEW LEE | DIANA MEDINA |
| RYAN LESLIE | ZACHARY MEDINA |
| OPAL LEVISMITH | ZACHARIE MENCARELLI |
| JESSICA LEWIS | ALEXANDRA MERCADO |
| ARMONI LLOYD | RASHCELL MERCER |
| JORDAN LOOMIS | SAMANTHA MEREDITH |
| ARTEMIO LOPEZ | MALIA MERIWEATHER |
| JESSICA LOPEZ | JOANNA MERRIFIELD |
| JAMES LOSO | ROSEMARIE METZLER |
| TAKIMA LUCKY | KODY MIGLIORE |
| JOSHUA MADDOX | DEMAR MILLER |
| RAINA MADDOX | VICTORIA MILLER |
| MANAL MADY | JOSHUA MILLS |
| BRIAN MAGADAN | GARA MINER |
| CODY MAGE | ASHLEY MINUTOLI |
| JOSEPH MAIN | CLARISSA MONTOYA |
| JOLINDA MALLOREY | JACOB MORALES |
| DEBRA MANGINO | SHAWN MORELAND |
| DUSTIN MANNESS | YOLANDA MORGA |
| NICOLAS MARQUEZ | JASON MORIMOTO |
| JUAN MARTIN | ADREIN MORIN |
| AUSTIN MARTINEZ | RANDAL MORROW |
| NEIL MARTINEZ | JUSTIN MULHOLLAND |
| BRADLEY MASON | DAVID MUSTOE |
| THERESA MASTANDUNO | ARMANDO NELSON |
| AMY MATA | KENNY NGUYEN |
| KIMBERLY MATHIAS | LAURA NICKS |
| TANISHA NOLLEY | ALLEN NOCK |
| ANTHONY NUNES | ROBERT RANKIN |

| | |
|---|---|
| CHRISTOPHER NUNEZ | ANDREW REITZES |
| CORI OCONNOR | MORIAH RENO |
| ROBERT OH | LYDIA RESENDEZ |
| DEVINA OLSEN | LISA REYES |
| MICHAEL OLTZ | RAYMOND REYES |
| ALEXANDER OPDYKE | ALEATHEA RICHARDSON |
| LEANDRA ORTEGA | KEN RICKER |
| JUAN CARLOS ORTIZ | STEPHANIE RILEY |
| YAIR PABLO | JARRED RISTAU |
| DANIEL PADILLA | MARISOL RIVERA |
| EMARZON PADUA | TEAIRA ROBARTS |
| CHELSEY PAPPAS | KIMBERLY ROBINSON |
| ALFONSO PASILLAS | THOMAS ROBINSON |
| NORA PATHEAL | LYDIA ROBLES |
| JUSTIN PATTERSON | MYIKO ROBLES |
| STEPHANIE PATTERSON | JENNIFER RODARTE |
| LYSSA PEACOCK | NICHOLAS RODRIGUEZ |
| ANTHONY PEDROZA | MADONNA ROMAN |
| JESSICA PENNINO | SALVADOR ROMAN |
| ANGELA PEREZ | JOHN ROSAS |
| ROMIE PEREZ | JESSE ROSS |
| JOSEPH PERJANIK | KANDICE ROSS |
| STORMY PETTY | JESSICA ROWLETT |
| MOLLY PHAENGDY | FRED RUDOW |
| SHANDRA PHIMVONGSA | KATHLEEN RUSSELL |
| NICOLE PICKERING | MARK RUTIAGA |
| MARK PIERCE | KEVYN RUVALCABA |
| LAKISHA PINKSTON | FRARM SAECHAO |
| SHARON PIZARRO | KAO SAETEURN |
| TODD POTTER | CODY SALAZAR |
| ANGELA POTTS | JESUS SALDIVAR |
| MICHAEL PRECIADO | BAILEY SANCHEZ |
| BRYNN PRICE | JESSE SANCHEZ |
| MALCOLM PRITCHARD | LUZMARIA SANCHEZ |
| JEFFREY PURCELL | ROSE HAMM SANCHEZ |
| MICHELLE QUIJIJE | SUMMER SANDELL |
| ALAN QUINTERO | ARMAND SANDERSON |
| ROSALINDA QUINTERO | KRISTINE SANDOVAL |
| DAVID RAMIREZ | ANTHONY SANTONASTASO |
| JUAN RAMIREZ | GERONIMO SAVEDRA |
| TONYA RAMIREZ | ERIC SAVOK |
| ELIZABETH SCHONFELD | NATALIE SCARBROUGH |
| ADAM SCHWICHTENBERG | NAOMI TREVINO |

| | |
|---|---|
| JERAMIE SCOTT | ROSALVA TRUJILLO |
| JOSEPH SEABOURN | JEANNA VALDEZ |
| SEAN SEARS | TARA VALENTINE |
| NICOLE SHEPHERD | ELIJAH VANECEK |
| DINO SHERMAN | PHENG VANG |
| ANTIONETTE DELROSARIO SHIELDS | MIGUEL VARGAS |
| ASHLEY SHINALL | LARISA LESLI VASQUEZ |
| CLINTON SIMCOX | AMY VIEYTES |
| LEAH SIMIONE | ANTONIO VILLAFUERTE |
| SAM ANGELO SISON | BRITTANY VIOLETTE |
| SHAUNA SKILLINGS | ASHLEY VOLPE |
| BRENDAN SMITH | CHRISTINA WALKER |
| JAMES SMITH | PAUL WALLACE |
| MELINDA SMITH | DANA WALLS |
| STEVEN SMITH | CONOR WANGLER |
| SARAH SNYDER | ERIC WARREN |
| ANTHONY SOLORZANO | TYLER WATT |
| JOSE ROBLEDO SOTO | CHRISTOPHER WEATHERLY |
| HELEN SPARKS | JASON WEATHERS |
| KIMBERLY SPRAGUE | JEFFREY WELCH |
| DAVID STANLEY | SHAUWANA WHALEY |
| RODNEY STATON | REBEKAH WHEELER |
| CHRISTOPHER STEVENS | KRYSTAL WHITE |
| SHADRACH STEVENSON | SHARNELL WHITE |
| JAMIE STOUT | TAYLOR WHITEHURST |
| TARA STROUD | ALEXIS WILKERSON |
| DMITRIY SUHAREV | KRYSTAL WILLIAMS |
| DIAMOND SULLIVAN | JAMI WILLIAMSON |
| TERRY SUMPTER | ADAM WILSON |
| RACHAEL SWANSON | PAMELA WILSON |
| RAMIRO TALAMANTEZ | JOSEPH WISSEL |
| ASHLEY TAYLOR | BERT WOODS |
| TYSHON TAYLOR | BREANN WOODS |
| WENDI TELLEZ | JENNIFER WRIGHT |
| LEE THOMASON | SALLIE WRIGHT |
| JAVON TILLARD | ASHLEE WYERS |
| REGINA TILLMAN | SANDRA SANCHEZ XIAP |
| ALEXIC TIPPENS | KAZO YANG |
| FELIX TIZOC | NICHOLAS YELM |
| NICOLE TORRES | ANGEL ZAPATA |
| | TIANA ZARESKI |
| | JOSE ZURITA |