AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SCPS LLC and SSPS LLC <br><br> *Plaintiff(s)* <br> v. <br> BEN TRAVIS LAW, KIND LAW, RAYMOND ABILA, PHILLIP ACHEE, IAN ADAMS, TINA AGUILAR, BRANDON ALEXANDER (See Attachment #1) <br> *Defendant(s)* | Civil Action No. 2:25-cv-03255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BEN TRAVIS LAW     (See Attachment #2)
KIND LAW
RAYMOND ABILA
PHILLIP ACHEE
IAN ADAMS
TINA AGUILAR
BRANDON ALEXANDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul D. Murphy (SBN 159556)
Daniel N. Csillag (SBN 266773)
Anujan Jeevaprakash (SBN 329397)
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

Paul D. Murphy (State Bar No. 159556)
pmurphy@murphyrosen.com
Daniel N. Csillag (State Bar No. 266773)
dcsillag@murphyrosen.com
Anujan Jeevaprakash (State Bar No. 329397)
ajeevaprakash@murphyrosen.com
**MURPHY ROSEN LLP**
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Gavin J. Rooney (*Pro Hac Vice Pending*)
grooney@lowenstein.com
Reynold Lambert (*Pro Hac Vice Pending*)
RLambert@lowenstein.com
Naomi D. Barrowclough (*Pro Hac Vice Pending*)
NBarrowclough@lowenstein.com
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCPS LLC and SSPS LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BEN TRAVIS LAW, KIND LAW, RAYMOND ABILA, PHILLIP ACHEE, IAN ADAMS, TINA AGUILAR. BRANDON ALEXANDER, ALI ALFARO, ADAM ALLEN, BRANDON ALLEN, CIERRA ALLMAN, SARA ALVARADO, SAMUEL DAVID ALVAREZ JR., JENNIFER ANDERSON, RYAN ANDERSON, MICHELLE ANDREWS, MARLA ANTHONY, ERIC ARBOGAST, HAYLEY ARBUCKLE, FRANK AYALA, ANTHONY AYON, | CASE NO.<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**ATTACHMENT 1** |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

| | |
|---|---|
| 1 | MERWIN BACHILLER, DAVID BAILEY, JENNIFER BAKER, KRISTY BAKER, NIKOLAI BALCERZAK, MICHAEL BALDONADO, ASHLEY BALDWIN, AMANDA BANKS, JOSHUA BARDWELL, KEITH BARTELL, HARRY BASS, AMANDA BASSHAM, NAHSIA BATTS, BRANDON BELLANI, JUAN BENAVENTE, MONICA BENDER, JEROMY BENZIE, BROOKE BERMUDEZ, VANESSA BERNAL, AMY BERRIGAN, JONATHAN BETANCOURT, WILLIAM BIANCO, GARY BINGHAM, WILLIAM BLAKE, MONICA BLANCO, DAVIESHA BOOTEN, LADDA BOUNLEUT, EVAN BOYCE, BAMBI BOYER, BRYAN BOYER, MELISSA BRAUCHLER, KEVIN BRAY, MELISSA BRICKER, WILLIAM BRINK, AMANDA BROWN, NICHOLAS BROWN, PAGE BROWN, SHANTEL BROWN, MELLANIE BRUNKHORST, CRYSTAL BUGARIN, KIM BUI, ROSEMARIE BURROUGHS, ANDREA BURTON, ALEXANDER BURWELL, JAMES BYNUM, JESSICA CADIGAN, ALBERT CALVILLO, TIMOTHY CANARIO, JOSEPH CANNON, RUNISHA CANSON, DENNIS CAPLENER, RONNIE CARLSON, MATTHEW CARPENTER, DANIEL CARREON, CHERIE CARROLL, TAYLOR CARTER, RAMONA CARVALHO, ESPERANZA CASILLAS, CARLA CASSARINO, DAMIAN CASTANON, CARLOS CASTILLO, CORY CASTILLO, SHAMGAR CASTRO, ALEX CHANDLER, KERN CHARLES, ROSALIE SAKKARA CHARLES, ALEXANDER CHARLTON, SELIN CHARMOHALI, THOMAS CHARTER, NICOLE CHAUDHARY, VIRGINIA CHAVEZ, JACOB CIRT, JASON CLARK, BRIAN CLARKE, JESSICA |

*COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF*

***PRINTED ON RECYCLED PAPER***

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

| | |
|---|---|
| 1 | CLEGG, CRYSTAL COBLE, JOEL |
| 2 | COCHRAN, CORIE COGGINS, LATASHA COLE, DONALD |
| 3 | COLLI, RENEA CONATSER, LAQUANNA COPES, KRISTIE |
| 4 | SOUTHARD CORLEW, GLADYS CORNEJO, ANDREA CORONA, |
| 5 | ADRIANNO CORSO, KAYCE COYLE, JUSTINE CRAWFORD, |
| 6 | LINDSEY CREIMAN, NICHOLI CROGHAN, KRISTOPHER |
| 7 | CROMWELL, JAMIE CROWE, AARON CRUZ, JOSEPH |
| 8 | CUNNINGHAM, NICOLE CURL, SPENSER CURRAN, JESSE |
| 9 | CUSTER, JASON D'AMATO, MARIO DANOVA, DANITZA |
| 10 | JHASMIN DAVILA, TIFFANY DAVIS, TORIA DAVIS, SHERRIE |
| 11 | DAWSON, DARLS DAY, RANDALL DAY, BREEZY |
| 12 | DAYLEE, MICHAEL DEBINION, BRYCE DEBRUNNER, KEVIN |
| 13 | DELANEY, TYLER DELUGACH, CHRIS DEVERSO, FRANCISCO |
| 14 | DIAZ, CHRISTINE DIETZ, CLAYTON DOANE, AMBER |
| 15 | DOMENECH, ANGELIQUE DONNAY, LUCUS DRISCOLL, |
| 16 | JOSHUA SHAWN DUDLEY, JODY DUKE, NICOLE EDWARDS, |
| 17 | AMANDA ELAM, HUDA ELHERTANI, DAVID ELKINS, |
| 18 | HEIDI ELLIS, JAMES ELLIS, ALEXANDER ELY, VICTORIA |
| 19 | ENGLISH, CARLOS ENRIQUEZ, ALFREDO ESPINOZA, JORGE |
| 20 | ESTRELLA, COURTNEY EVANS, MARK EWER, CHEYENNE EZELL, |
| 21 | RICHARD FAIRCLOUGH, NADINE FARKASH, SHEILAH CRISTINA |
| 22 | FELICIANO RIVERA, ANNETTE FELIX, REBECCA FIGUEREDO, |
| 23 | JAMES FILLMORE, FREDY FINO, CHERI FLORES, JOSE FLORES, |
| 24 | KATHYRINA FOSTER, LORA FOURNIER, MINDY FRANCIS, |
| 25 | RACHEL FRANCO, AZIZA FRANKLIN, TOM FROST, RACHEL |
| 26 | GALARSA, JOSHUA GALLION, KAYSON GALLOWAY, |
| 27 | CHRISTINA GARCIA, STACEY |
| 28 | |

-3-

*COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF*

PRINTED ON RECYCLED PAPER

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

| | |
|---|---|
| 1 | GARCIA, YAIRA JUDITH NAVA GARCIA, HEATHER GARDNER, |
| 2 | CRISSY GARRISON, KEVIN GENT, JUSTIN GERDING, TERRY |
| 3 | GLODREY, JOEL GOLDEN, VINCENT GOLDEN, ADRIANNA |
| 4 | GOMEZ, ADAM GONZALEZ, CHRISTOPHER GONZALEZ, |
| 5 | LIZET GONZALEZ, MERCEDES GONZALEZ, SONDRA GOODSON, |
| 6 | AMBER GOODWIN, JASON GOWDERDAY, LISA GRANBOIS, |
| 7 | JEREMY GRANT, MICHAEL GRAVITT, AMBER GREEN, |
| 8 | BRENDA GRIFFIN, ALEXANDER GRIFFITH, ROBERT GRIMES, |
| 9 | SAMANTHA GUERY, ELEAKA GUTIERREZ, YOLANDA |
| 10 | GUYTON, LUIS GUZMAN, ALEXANDRA HANNAH, JOLENE |
| 11 | HANSON, LAKESHIA HARDY, ANDREW HARLESS, MARY |
| 12 | HARRIS, RODNEY HARRIS, JOEVON HARRISON, IRA |
| 13 | HATCHETT, JENNA HAYES, LATOYA HECKARD, ANDRE |
| 14 | HEDGES, MAREEMA HEIN, BRIAN HENDERSON, GARRETT |
| 15 | HENDERSON, ADAM HERNANDEZ, ALEJANDRO |
| 16 | HERNANDEZ, MARIO HERNANDEZ, RUSSEL HERRERA, |
| 17 | JACOB HETZLER, TAMIEKA HICKS, JANET HIRAGA, CHERISE |
| 18 | HOPWOOD, SHARIMA HUDGINS, MAXWELL HUERTA, MAURICE |
| 19 | HUFF, JOSEPH HUFFMAN, RYAN HUGHES, BRANDON HULL, |
| 20 | JONATHAN ILLARE, ASHLEY IMMEL, ROBERT INFANTINO, |
| 21 | HECTOR INGLES, RONALD IRWIN, CHRISTOPHER JAHNKE, |
| 22 | LESLIE JAMES, DANIEL JAMISON, FRANKIE JENKINS, |
| 23 | CASSANDRA JENSEN, EMILY JOHNSON, STEPHEN JOHNSTON, |
| 24 | DONNIE JONES, MARK JORDAN, SERGIO JUAREZ-AGUILAR, |
| 25 | MOANA KAHANA, KATRINA KALINICH, MICHAEL |
| 26 | KARAPETIAN, TYLER KEEFER, APRIL KELLY, THOMAS KELLY, |
| 27 | |
| 28 | |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

PREUCH KHOEUM, DAVID KIRKLAND, CASSANDRA KOEN, MARK KOS, YONG KUM, SHANNAN LAING, MICHAEL LARA, SAMUEL LEATHERS, BETTY LEE, MATTHEW LEE, RYAN LESLIE, OPAL LEVISMITH, JESSICA LEWIS, ARMONI LLOYD, JORDAN LOOMIS, ARTEMIO LOPEZ, JESSICA LOPEZ, JAMES LOSO, TAKIMA LUCKY, JOSHUA MADDOX, RAINA MADDOX, MANAL MADY, BRIAN MAGADAN, CODY MAGE, JOSEPH MAIN, JOLINDA MALLOREY, DEBRA MANGINO, DUSTIN MANNESS, NICOLAS MARQUEZ, JUAN MARTIN, AUSTIN MARTINEZ, NEIL MARTINEZ, BRADLEY MASON, THERESA MASTANDUNO, AMY MATA, KIMBERLY MATHIAS, SHARON MCAULIFFE, BRADLEY MCCLELLAN, CAMERON MCCLELLAND, MIRANDA MCCONKEY, RANDI MCCOWN, ROBERT MCCRICKARD, KELLY MCCULLAR, ROSE MCCULLY, CRAIG MCDANIEL, RICHARD MCDONALD, ALAN MCGUANE, EVERETT MCINTYRE, STEVEN MCINTYRE, BRANDY MCKINSEY, BRANDON MCWILLIAMS, DIANA MEDINA, ZACHARY MEDINA, ZACHARIE MENCARELLI, ALEXANDRA MERCADO, RASHCELL MERCER, SAMANTHA MEREDITH, MALIA MERIWEATHER, JOANNA MERRIFIELD, ROSEMARIE METZLER, KODY MIGLIORE, DEMAR MILLER, VICTORIA MILLER, JOSHUA MILLS, GARA MINER, ASHLEY MINUTOLI, CLARISSA MONTOYA, JACOB MORALES, SHAWN MORELAND, YOLANDA MORGA, JASON MORIMOTO, ADREIN MORIN, RANDAL MORROW, JUSTIN MULHOLLAND, DAVID MUSTOE. ARMANDO NELSON, KENNY NGUYEN. LAURA NICKS. ALLEN

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

| | |
|---|---|
| 1 | NOCK, TANISHA NOLLEY, ANTHONY NUNES, |
| 2 | CHRISTOPHER NUNEZ, CORI OCONNOR, ROBERT OH, DEVINA |
| 3 | OLSEN, MICHAEL OLTZ, ALEXANDER OPDYKE, |
| 4 | LEANDRA ORTEGA, JUAN CARLOS ORTIZ, YAIR PABLO, |
| 5 | DANIEL PADILLA, EMARZON |
| 6 | PADUA, CHELSEY PAPPAS, ALFONSO PASILLAS, NORA |
| 7 | PATHEAL, JUSTIN PATTERSON, STEPHANIE PATTERSON, LYSSA |
| 8 | PEACOCK, ANTHONY PEDROZA, JESSICA PENNINO, ANGELA |
| 9 | PEREZ, ROMIE PEREZ, JOSEPH PERJANIK, STORMY PETTY, |
| 10 | MOLLY PHAENGDY, SHANDRA PHIMVONGSA, NICOLE |
| 11 | PICKERING, MARK PIERCE, LAKISHA PINKSTON, SHARON |
| 12 | PIZARRO, TODD POTTER, ANGELA POTTS, MICHAEL |
| 13 | PRECIADO, BRYNN PRICE, MALCOLM PRITCHARD, JEFFREY |
| 14 | PURCELL, MICHELLE QUIJIJE, ALAN QUINTERO, ROSALINDA |
| 15 | QUINTERO, DAVID RAMIREZ, JUAN RAMIREZ, TONYA |
| 16 | RAMIREZ, ROBERT RANKIN, ANDREW REITZES, MORIAH |
| 17 | RENO, LYDIA RESENDEZ, LISA REYES. RAYMOND REYES, |
| 18 | ALEATHEA RICHARDSON, KEN RICKER, STEPHANIE RILEY, |
| 19 | JARRED RISTAU, MARISOL RIVERA, TEAIRA ROBARTS, |
| 20 | KIMBERLY ROBINSON, THOMAS ROBINSON, LYDIA ROBLES, |
| 21 | MYIKO ROBLES, JENNIFER RODARTE, NICHOLAS |
| 22 | RODRIGUEZ, MADONNA ROMAN, SALVADOR ROMAN, |
| 23 | JOHN ROSAS, JESSE ROSS, KANDICE ROSS, JESSICA |
| 24 | ROWLETT, FRED RUDOW, KATHLEEN RUSSELL, MARK |
| 25 | RUTIAGA, KEVYN RUVALCABA, FRARM SAECHAO, KAO |
| 26 | SAETEURN, CODY SALAZAR, JESUS SALDIVAR, BAILEY |
| 27 | SANCHEZ. JESSE SANCHEZ. |
| 28 | |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

| | |
|---|---|
| 1 | LUZMARIA SANCHEZ, ROSE HAMM SANCHEZ, SUMMER SANDELL, ARMAND SANDERSON, KRISTINE SANDOVAL, ANTHONY SANTONASTASO, GERONIMO SAVEDRA, ERIC SAVOK, NATALIE SCARBROUGH, ELIZABETH SCHONFELD, ADAM SCHWICHTENBERG, JERAMIE SCOTT, JOSEPH SEABOURN, SEAN SEARS, NICOLE SHEPHERD, DINO SHERMAN, ANTIONETTE DELROSARIO SHIELDS, ASHLEY SHINALL, CLINTON SIMCOX, LEAH SIMIONE, SAM ANGELO SISON, SHAUNA SKILLINGS, BRENDAN SMITH, JAMES SMITH, MELINDA SMITH, STEVEN SMITH, SARAH SNYDER, ANTHONY SOLORZANO, JOSE ROBLEDO SOTO, HELEN SPARKS, KIMBERLY SPRAGUE, DAVID STANLEY, RODNEY STATON, CHRISTOPHER STEVENS, SHADRACH STEVENSON, JAMIE STOUT, TARA STROUD, DMITRIY SUHAREV, DIAMOND SULLIVAN, TERRY SUMPTER, RACHAEL SWANSON, RAMIRO TALAMANTEZ, ASHLEY TAYLOR, TYSHON TAYLOR, WENDI TELLEZ, LEE THOMASON, JAVON TILLARD, REGINA TILLMAN, ALEXIC TIPPENS, FELIX TIZOC, NICOLE TORRES, NAOMI TREVINO, ROSALVA TRUJILLO, JEANNA VALDEZ, TARA VALENTINE, ELIJAH VANECEK, PHENG VANG, MIGUEL VARGAS, LARISA LESLI VASQUEZ, AMY VIEYTES, ANTONIO VILLAFUERTE, BRITTANY VIOLETTE, ASHLEY VOLPE, CHRISTINA WALKER, PAUL WALLACE, DANA WALLS, CONOR WANGLER, ERIC WARREN, TYLER WATT, CHRISTOPHER WEATHERLY, JASON WEATHERS, JEFFREY WELCH, SHAUWANA WHALEY, |

-7-
*COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF*

*PRINTED ON RECYCLED PAPER*

| | |
|---|---|
| 1 | REBEKAH WHEELER, KRYSTAL WHITE, SHARNELL WHITE, TAYLOR WHITEHURST, ALEXIS WILKERSON, KRYSTAL WILLIAMS, JAMI WILLIAMSON, ADAM WILSON, PAMELA WILSON, JOSEPH WISSEL, BERT WOODS, BREANN WOODS, JENNIFER WRIGHT, SALLIE WRIGHT, ASHLEE WYERS, SANDRA SANCHEZ XIAP, KAZO YANG, NICHOLAS YELM, ANGEL ZAPATA, TIANA ZARESKI, and JOSE ZURITA. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*SCPS LLC and SSPS LLC vs. BEN TRAVIS LAW*

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

| | |
|---|---|
| ALI ALFARO | VANESSA BERNAL |
| ADAM ALLEN | AMY BERRIGAN |
| BRANDON ALLEN | JONATHAN BETANCOURT |
| CIERRA ALLMAN | WILLIAM BIANCO |
| SARA ALVARADO | GARY BINGHAM |
| SAMUEL DAVID ALVAREZ JR. | WILLIAM BLAKE |
| JENNIFER ANDERSON | MONICA BLANCO |
| RYAN ANDERSON | DAVIESHA BOOTEN |
| MICHELLE ANDREWS | LADDA BOUNLEUT |
| MARLA ANTHONY | EVAN BOYCE |
| ERIC ARBOGAST | BAMBI BOYER |
| HAYLEY ARBUCKLE | BRYAN BOYER |
| FRANK AYALA | MELISSA BRAUCHLER |
| ANTHONY AYON | KEVIN BRAY |
| MERWIN BACHILLER | MELISSA BRICKER |
| DAVID BAILEY | WILLIAM BRINK |
| JENNIFER BAKER | AMANDA BROWN |
| KRISTY BAKER | NICHOLAS BROWN |
| NIKOLAI BALCERZAK | PAGE BROWN |
| MICHAEL BALDONADO | SHANTEL BROWN |
| ASHLEY BALDWIN | MELLANIE BRUNKHORST |
| AMANDA BANKS | CRYSTAL BUGARIN |
| JOSHUA BARDWELL | KIM BUI |
| KEITH BARTELL | ROSEMARIE BURROUGHS |
| HARRY BASS | ANDREA BURTON |
| AMANDA BASSHAM | ALEXANDER BURWELL |
| NAHSIA BATTS | JAMES BYNUM |
| BRANDON BELLANI | JESSICA CADIGAN |
| JUAN BENAVENTE | ALBERT CALVILLO |
| MONICA BENDER | TIMOTHY CANARIO |
| JEROMY BENZIE | JOSEPH CANNON |
| BROOKE BERMUDEZ | RUNISHA CANSON |
| RONNIE CARLSON | DENNIS CAPLENER |

| | |
|---|---|
| MATTHEW CARPENTER | NICOLE CURL |
| DANIEL CARREON | SPENSER CURRAN |
| CHERIE CARROLL | JESSE CUSTER |
| TAYLOR CARTER | JASON D'AMATO |
| RAMONA CARVALHO | MARIO DANOVA |
| ESPERANZA CASILLAS | DANITZA JHASMIN DAVILA |
| CARLA CASSARINO | TIFFANY DAVIS |
| DAMIAN CASTANON | TORIA DAVIS |
| CARLOS CASTILLO | SHERRIE DAWSON |
| CORY CASTILLO | DARLS DAY |
| SHAMGAR CASTRO | RANDALL DAY |
| ALEX CHANDLER | BREEZY DAYLEE |
| KERN CHARLES | MICHAEL DEBINION |
| ROSALIE SAKKARA CHARLES | BRYCE DEBRUNNER |
| ALEXANDER CHARLTON | KEVIN DELANEY |
| SELIN CHARMOHALI | TYLER DELUGACH |
| THOMAS CHARTER | CHRIS DEVERSO |
| NICOLE CHAUDHARY | FRANCISCO DIAZ |
| VIRGINIA CHAVEZ | CHRISTINE DIETZ |
| JACOB CIRT | CLAYTON DOANE |
| JASON CLARK | AMBER DOMENECH |
| BRIAN CLARKE | ANGELIQUE DONNAY |
| JESSICA CLEGG | LUCUS DRISCOLL |
| CRYSTAL COBLE | JOSHUA SHAWN DUDLEY |
| JOEL COCHRAN | JODY DUKE |
| CORIE COGGINS | NICOLE EDWARDS |
| LATASHA COLE | AMANDA ELAM |
| DONALD COLLI | HUDA ELHERTANI |
| RENEA CONATSER | DAVID ELKINS |
| LAQUANNA COPES | HEIDI ELLIS |
| KRISTIE SOUTHARD CORLEW | JAMES ELLIS |
| GLADYS CORNEJO | ALEXANDER ELY |
| ANDREA CORONA | VICTORIA ENGLISH |
| ADRIANNO CORSO | CARLOS ENRIQUEZ |
| KAYCE COYLE | ALFREDO ESPINOZA |
| JUSTINE CRAWFORD | JORGE ESTRELLA |
| LINDSEY CREIMAN | COURTNEY EVANS |
| NICHOLI CROGHAN | MARK EWER |
| KRISTOPHER CROMWELL | CHEYENNE EZELL |
| JAMIE CROWE | RICHARD FAIRCLOUGH |
| AARON CRUZ | NADINE FARKASH |
| JOSEPH CUNNINGHAM | SHEILAH CRISTINA FELICIANO |
| ANNETTE FELIX | RIVERA |

3

| | |
|---|---|
| REBECCA FIGUEREDO | LUIS GUZMAN |
| JAMES FILLMORE | ALEXANDRA HANNAH |
| FREDY FINO | JOLENE HANSON |
| CHERI FLORES | LAKESHIA HARDY |
| JOSE FLORES | ANDREW HARLESS |
| KATHYRINA FOSTER | MARY HARRIS |
| LORA FOURNIER | RODNEY HARRIS |
| MINDY FRANCIS | JOEVON HARRISON |
| RACHEL FRANCO | IRA HATCHETT |
| AZIZA FRANKLIN | JENNA HAYES |
| TOM FROST | LATOYA HECKARD |
| RACHEL GALARSA | ANDRE HEDGES |
| JOSHUA GALLION | MAREEMA HEIN |
| KAYSON GALLOWAY | BRIAN HENDERSON |
| CHRISTINA GARCIA | GARRETT HENDERSON |
| STACEY GARCIA | ADAM HERNANDEZ |
| YAIRA JUDITH NAVA GARCIA | ALEJANDRO HERNANDEZ |
| HEATHER GARDNER | MARIO HERNANDEZ |
| CRISSY GARRISON | RUSSEL HERRERA |
| KEVIN GENT | JACOB HETZLER |
| JUSTIN GERDING | TAMIEKA HICKS |
| TERRY GLODREY | JANET HIRAGA |
| JOEL GOLDEN | CHERISE HOPWOOD |
| VINCENT GOLDEN | SHARIMA HUDGINS |
| ADRIANNA GOMEZ | MAXWELL HUERTA |
| ADAM GONZALEZ | MAURNICE HUFF |
| CHRISTOPHER GONZALEZ | JOSEPH HUFFMAN |
| LIZET GONZALEZ | RYAN HUGHES |
| MERCEDES GONZALEZ | BRANDON HULL |
| SONDRA GOODSON | JONATHAN ILLARE |
| AMBER GOODWIN | ASHLEY IMMEL |
| JASON GOWDERDAY | ROBERT INFANTINO |
| LISA GRANBOIS | HECTOR INGLES |
| JEREMY GRANT | RONALD IRWIN |
| MICHAEL GRAVITT | CHRISTOPHER JAHNKE |
| AMBER GREEN | LESLIE JAMES |
| BRENDA GRIFFIN | DANIEL JAMISON |
| ALEXANDER GRIFFITH | FRANKIE JENKINS |
| ROBERT GRIMES | CASSANDRA JENSEN |
| SAMANTHA GUERY | EMILY JOHNSON |
| ELEAKA GUTIERREZ | STEPHEN JOHNSTON |
| YOLANDA GUYTON | DONNIE JONES |
| SERGIO JUAREZ-AGUILAR | MARK JORDAN |

4

| | |
|---|---|
| MOANA KAHANA | SHARON MCAULIFFE |
| KATRINA KALINICH | BRADLEY MCCLELLAN |
| MICHAEL KARAPETIAN | CAMERON MCCLELLAND |
| TYLER KEEFER | MIRANDA MCCONKEY |
| APRIL KELLY | RANDI MCCOWN |
| THOMAS KELLY | ROBERT MCCRICKARD |
| PREUCH KHOEUM | KELLY MCCULLAR |
| DAVID KIRKLAND | ROSE MCCULLY |
| CASSANDRA KOEN | CRAIG MCDANIEL |
| MARK KOS | RICHARD MCDONALD |
| YONG KUM | ALAN MCGUANE |
| SHANNAN LAING | EVERETT MCINTYRE |
| MICHAEL LARA | STEVEN MCINTYRE |
| SAMUEL LEATHERS | BRANDY MCKINSEY |
| BETTY LEE | BRANDON MCWILLIAMS |
| MATTHEW LEE | DIANA MEDINA |
| RYAN LESLIE | ZACHARY MEDINA |
| OPAL LEVISMITH | ZACHARIE MENCARELLI |
| JESSICA LEWIS | ALEXANDRA MERCADO |
| ARMONI LLOYD | RASHCELL MERCER |
| JORDAN LOOMIS | SAMANTHA MEREDITH |
| ARTEMIO LOPEZ | MALIA MERIWEATHER |
| JESSICA LOPEZ | JOANNA MERRIFIELD |
| JAMES LOSO | ROSEMARIE METZLER |
| TAKIMA LUCKY | KODY MIGLIORE |
| JOSHUA MADDOX | DEMAR MILLER |
| RAINA MADDOX | VICTORIA MILLER |
| MANAL MADY | JOSHUA MILLS |
| BRIAN MAGADAN | GARA MINER |
| CODY MAGE | ASHLEY MINUTOLI |
| JOSEPH MAIN | CLARISSA MONTOYA |
| JOLINDA MALLOREY | JACOB MORALES |
| DEBRA MANGINO | SHAWN MORELAND |
| DUSTIN MANNESS | YOLANDA MORGA |
| NICOLAS MARQUEZ | JASON MORIMOTO |
| JUAN MARTIN | ADREIN MORIN |
| AUSTIN MARTINEZ | RANDAL MORROW |
| NEIL MARTINEZ | JUSTIN MULHOLLAND |
| BRADLEY MASON | DAVID MUSTOE |
| THERESA MASTANDUNO | ARMANDO NELSON |
| AMY MATA | KENNY NGUYEN |
| KIMBERLY MATHIAS | LAURA NICKS |
| TANISHA NOLLEY | ALLEN NOCK |

| | |
|---|---|
| ANTHONY NUNES | ROBERT RANKIN |
| CHRISTOPHER NUNEZ | ANDREW REITZES |
| CORI OCONNOR | MORIAH RENO |
| ROBERT OH | LYDIA RESENDEZ |
| DEVINA OLSEN | LISA REYES |
| MICHAEL OLTZ | RAYMOND REYES |
| ALEXANDER OPDYKE | ALEATHEA RICHARDSON |
| LEANDRA ORTEGA | KEN RICKER |
| JUAN CARLOS ORTIZ | STEPHANIE RILEY |
| YAIR PABLO | JARRED RISTAU |
| DANIEL PADILLA | MARISOL RIVERA |
| EMARZON PADUA | TEAIRA ROBARTS |
| CHELSEY PAPPAS | KIMBERLY ROBINSON |
| ALFONSO PASILLAS | THOMAS ROBINSON |
| NORA PATHEAL | LYDIA ROBLES |
| JUSTIN PATTERSON | MYIKO ROBLES |
| STEPHANIE PATTERSON | JENNIFER RODARTE |
| LYSSA PEACOCK | NICHOLAS RODRIGUEZ |
| ANTHONY PEDROZA | MADONNA ROMAN |
| JESSICA PENNINO | SALVADOR ROMAN |
| ANGELA PEREZ | JOHN ROSAS |
| ROMIE PEREZ | JESSE ROSS |
| JOSEPH PERJANIK | KANDICE ROSS |
| STORMY PETTY | JESSICA ROWLETT |
| MOLLY PHAENGDY | FRED RUDOW |
| SHANDRA PHIMVONGSA | KATHLEEN RUSSELL |
| NICOLE PICKERING | MARK RUTIAGA |
| MARK PIERCE | KEVYN RUVALCABA |
| LAKISHA PINKSTON | FRARM SAECHAO |
| SHARON PIZARRO | KAO SAETEURN |
| TODD POTTER | CODY SALAZAR |
| ANGELA POTTS | JESUS SALDIVAR |
| MICHAEL PRECIADO | BAILEY SANCHEZ |
| BRYNN PRICE | JESSE SANCHEZ |
| MALCOLM PRITCHARD | LUZMARIA SANCHEZ |
| JEFFREY PURCELL | ROSE HAMM SANCHEZ |
| MICHELLE QUIJIJE | SUMMER SANDELL |
| ALAN QUINTERO | ARMAND SANDERSON |
| ROSALINDA QUINTERO | KRISTINE SANDOVAL |
| DAVID RAMIREZ | ANTHONY SANTONASTASO |
| JUAN RAMIREZ | GERONIMO SAVEDRA |
| TONYA RAMIREZ | ERIC SAVOK |
| ELIZABETH SCHONFELD | NATALIE SCARBROUGH |

6

| | |
|---|---|
| ADAM SCHWICHTENBERG | NAOMI TREVINO |
| JERAMIE SCOTT | ROSALVA TRUJILLO |
| JOSEPH SEABOURN | JEANNA VALDEZ |
| SEAN SEARS | TARA VALENTINE |
| NICOLE SHEPHERD | ELIJAH VANECEK |
| DINO SHERMAN | PHENG VANG |
| ANTIONETTE DELROSARIO SHIELDS | MIGUEL VARGAS |
| | LARISA LESLI VASQUEZ |
| ASHLEY SHINALL | AMY VIEYTES |
| CLINTON SIMCOX | ANTONIO VILLAFUERTE |
| LEAH SIMIONE | BRITTANY VIOLETTE |
| SAM ANGELO SISON | ASHLEY VOLPE |
| SHAUNA SKILLINGS | CHRISTINA WALKER |
| BRENDAN SMITH | PAUL WALLACE |
| JAMES SMITH | DANA WALLS |
| MELINDA SMITH | CONOR WANGLER |
| STEVEN SMITH | ERIC WARREN |
| SARAH SNYDER | TYLER WATT |
| ANTHONY SOLORZANO | CHRISTOPHER WEATHERLY |
| JOSE ROBLEDO SOTO | JASON WEATHERS |
| HELEN SPARKS | JEFFREY WELCH |
| KIMBERLY SPRAGUE | SHAUWANA WHALEY |
| DAVID STANLEY | REBEKAH WHEELER |
| RODNEY STATON | KRYSTAL WHITE |
| CHRISTOPHER STEVENS | SHARNELL WHITE |
| SHADRACH STEVENSON | TAYLOR WHITEHURST |
| JAMIE STOUT | ALEXIS WILKERSON |
| TARA STROUD | KRYSTAL WILLIAMS |
| DMITRIY SUHAREV | JAMI WILLIAMSON |
| DIAMOND SULLIVAN | ADAM WILSON |
| TERRY SUMPTER | PAMELA WILSON |
| RACHAEL SWANSON | JOSEPH WISSEL |
| RAMIRO TALAMANTEZ | BERT WOODS |
| ASHLEY TAYLOR | BREANN WOODS |
| TYSHON TAYLOR | JENNIFER WRIGHT |
| WENDI TELLEZ | SALLIE WRIGHT |
| LEE THOMASON | ASHLEE WYERS |
| JAVON TILLARD | SANDRA SANCHEZ XIAP |
| REGINA TILLMAN | KAZO YANG |
| ALEXIC TIPPENS | NICHOLAS YELM |
| FELIX TIZOC | ANGEL ZAPATA |
| NICOLE TORRES | TIANA ZARESKI |
| | JOSE ZURITA |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: