Paul D. Murphy (State Bar No. 159556)
*pmurphy@murphyrosen.com*
Daniel N. Csillag (State Bar No. 266773)
*dcsillag@murphyrosen.com*
Anujan Jeevaprakash (State Bar No. 329397)
*ajeevaprakash@murphyrosen.com*
**MURPHY ROSEN LLP**
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone:  (310) 899-3300
Facsimile:   (310) 399-7201

Gavin J. Rooney (*Pro Hac Vice*)
*grooney@lowenstein.com*
Reynold Lambert (*Pro Hac Vice*)
*rlambert@lowenstein.com*
Naomi D. Barrowclough (*Pro Hac Vice*)
*nbarrowclough@lowenstein.com*
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCPS LLC and SSPS LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br><br>BEN TRAVIS LAW, et al.,<br><br>            Defendants. | Case No. 2:25-cv-03255-MWF (SSCx)<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST BEN TRAVIS LAW AND KIND LAW WITHOUT PREJUDICE [FRCP 41(a)(1)(A)]** |

RULE 41(a)(1)(A) STIPULATION DISMISSING LAW FIRMS

**WHEREAS,** Plaintiffs SCPS LLC and SSPS LLC ("Plaintiff") filed this action against 498 individual arbitration claimant defendants, as well as two law firms, Ben Travis Law and Kind Law (the "Law Firm Defendants");

**WHEREAS,** Plaintiffs applied to this Court for injunctive relief against all defendants;

**WHEREAS,** following the voluntary dismissal of twelve individual arbitration claimant defendants, all of the remaining individual defendants appeared in this matter through counsel; and

**WHEREAS,** Rule 65(d)(2)(B) of the Federal Rules of Civil Procedure provides that every injunction binds parties and their attorneys.

**IT IS THEREFORE STIPULATED AND AGREED** by and between all of the parties that have appeared in this action that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, all claims and causes of action by Plaintiffs against the Law Firm Defendants are dismissed without prejudice.

This stipulation addresses no other claims, parties, motions, or hearings not specifically addressed in this stipulation.  For the avoidance of doubt, nothing in this stipulation concerns or impacts any claim pending in other actions.

Under Rule 41(a)(1)(A), this stipulation is effective upon filing without further order of the Court.

Respectfully submitted,

Dated: October 27, 2025

/s/ Megan A. Maitia
Megan A. Maitia
Hayley E. Huntley
M. Eliza Haney
**SUMMA LLP**

Brian M. Feldman
**AURELIAN LAW PLLC**

*Attorneys for Defendants*
*BEN TRAVIS LAW and KIND LAW*

RULE 41(a)(1)(A) STIPULATION DISMISSING LAW FIRMS

Dated: October 27, 2025

_/s/ Ben Travis_
Ben Travis
**BEN TRAVIS LAW, APC**

_Attorney for All Individual Defendants_

Dated: October 28, 2025

_/s/Paul D. Murphy_
Paul D. Murphy
Daniel N. Csillag
Anujan Jeevaprakash
**MURPHY ROSEN LLP**

Gavin J. Rooney (pro hac vice)
Reynold Lambert (pro hac vice)
Naomi D. Barrowclough (pro hac vice)
**LOWENSTEIN SANDLER LLP**

_Attorneys for Plaintiffs_

## <u>ATTESTATION</u>

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Paul D. Murphy
Paul D. Murphy

-3-
RULE 41(a)(1)(A) STIPULATION DISMISSING LAW FIRMS

## <u>CERTIFICATE OF SERVICE - CM/ECF</u>

I, **LESLIE MAYTORENA**, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 100 Wilshire Boulevard, Suite 1300, Santa Monica, California  90401-1142, (310) 899-3300.

On **October 28, 2025**, I served the document(s) described as **STIPULATION TO DISMISS CLAIMS AGAINST BEN TRAVIS LAW AND KIND LAW WITHOUT PREJUDICE [FRCP 41(a)(1)(A)]** on the interested parties in this action by electronically filling the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on **October 28, 2025**, at Santa Monica, California.

**LESLIE MAYTORENA**

-4-
RULE 41(a)(1)(A) STIPULATION DISMISSING LAW FIRMS